UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24923-CIV-SEITZ

ADRIENNE BOWMAN,

    Plaintiff,

v.

DIAZ ACQUISITIONS CORP.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS MATTER came before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 12]. Upon consideration, it is

ORDERED THAT

(1)     This action is hereby **dismissed with prejudice**.

(2)     All pending motions are **DENIED AS MOOT**.

(3)     For administrative purposes, this case is **CLOSED**.

DONE AND ORDERED in Miami, Florida, this 6th day of March 2015.

                                                /s/ Patricia A. Seitz
                                               PATRICIA A. SEITZ
                                               UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record